433 A.2d 118

Commonwealth v. Shepherd, Appellant.

 Argued March 19, 1980. William R. Keen, Jr., for appellant; Robert J. Donatoni, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed on the lower court.

CAVANAUGH, J., filed a memorandum dissenting statement.